UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LISA STEVENS, and LARRY MCNAIR, :
:
              **Plaintiffs,** :
:
  -against- :
:
ROBERT HESS, Commissioner of :
Department of Homeless Services; :
HENRY KENNEDY, DHS analyst; :
JANE DOE, Case Manager DHS Lex :
House; SANDRA DOCKERY, DHS :
Case Manager Apple Hotel; M. :
SANTANA, DHS Case Manager Aladdin :
Hotel; ROBERT, DHS Building Manager :
Aladdin Hotel :
:
              **Defendants.** :
-------------------------------------------------------x

07 Civ. 6998 (HB)

**ORDER**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS, in a letter dated January 30, 2008, counsel for Defendants Robert Hess ("Hess") and Henry Kennedy ("Kennedy") notified the Court that, upon the issuance of a court order, counsel for Volunteers of America will provide the home address of Defendant Sandra Dockery for the purpose of effectuating service; it is hereby

    ORDERED that Volunteers of America-Greater New York, located at 340 West 85th Street, New York, New York 10024-3800, shall provide, <u>by 5 p.m. on Friday, February 8, 2008</u>, to the Court and to counsel for Defendants Hess and Kennedy, by facsimile at the numbers shown below, the home address for Defendant Sandra Dockery for the purpose of effectuating service:

<u>Facsimile numbers</u>

The Honorable Harold Baer Jr.:           212-805-7901

Chevon Andre Brooks, Assistant Corporation Counsel for The City of New York Law Department:           212-788-8877

SO ORDERED.

February 4, 2008
New York, New York

                                                                _/s/ Harold Baer_
                                                                        U.S.D.J.