USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

RECEIVED
JAN 30 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Chevon Andre Brooks
212-788-0874
212-788-8877 (fax)

January 30, 2008

By Facsimile (212) 805-7901
Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

    Re:    Lisa Stevens, et ano v. Robert Hess, et al
            Index No.: 07 CIV 6998(HB)
            File No.: 2007-025898

Dear Judge Baer:

       I am the Assistant Corporation Counsel assigned to represent defendants Robert Hess and Henry Kennedy in the above referenced action, in which pro se plaintiffs allege that while residing in a Department of Homeless Services (DHS) facility, DHS failed to accommodate some of their disabilities and involuntarily transferred them to different DHS facilities. This letter is in response to your Honor's request that my office contact non-City agencies, Aguila Inc., the Aladdin Hotel, and Volunteers of America, to ascertain whether they would be willing to accept service of plaintiffs' complaint on behalf of their employees named in plaintiff's complaint, or in the alternative, to provide the home addresses of these employees. I have contacted each of these entities and have been informed as to the following:

       Defendants, Mercedes Santana (Aguila, Inc.) and Robert Mendez (Aladdin Hotel) agree to accept service at their place of business indicated below. Counsel for Volunteers of America has informed me that Volunteers of America will provide the home address for Sandra Dockery for the purpose of effectuating service upon the issuance of a court order.

Respectfully submitted,

Chevon Andre Brooks (CB 1616)
Assistant Corporation Counsel

CC   Lisa Stevens
     Larry McNair
     Plaintiffs Pro Se
     #349-07-21674 G.R.V.C.
     East Elmhurst, New York 11370
     (by mail)

     Aguila, Inc.
     661 Cauldwell Avenue
     Bronx, New York 10455
     (by mail)

     Volunteers of America-Greater New York
     340 West 85th Street
     New York, New York 10024-3800
     (by mail)

     Aladdin Hotel
     317 West 45th Street
     New York, New York 10036
     (by mail)

Thank you for contacting the employers of prospective D's. I have signed the order for Volunteers of America-Man. The effort is to be sure the Marshal serves all the D's. Please be sure to communicate w/ the Π so he/she knows that the Marshal will serve the Summons + complaint but he must ask Pro Se can do it (give them to US Marshal himself or herself).

SO ORDERED: /s/ Harold Baer

Harold Baer, Jr. U.S.D.J.
Date: 2/4/08

Endorsement:

    Thank you for contacting the employees of prospective defendants. I have signed the order for Volunteers of America - now the effort is to be sure the Marshal serves all the defendants. Please be sure to communicate with the plaintiff so he/she knows that the Marshall will serve the summons and complaint but he must ask Pro Se or do it (give them to US Marshal) himself or herself.