EAST ELMHURST, N.Y. 11370

PRO SE OFFICE
MICHAEL J. McMAHON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, U.S. COURTHOUSE
NEW YORK, NEW YORK 10007

FEBUARY 12, 2008

RE: LISA STEVENS, LARRY MCNAIR, v. ROBERT HESS, et al
INDEXNO: 07 CIV. 6998 (HB)/SERVICE OF SUMMONS & COMPLAINT

DEAR HON. McMAHON:

IN REFERENCE TO THE ABOVE-ENTITLED MATTER, I AM THE PLAINTIFF LARRY McNAIR ALONG WITH LISA STEVENS, PRO SE. PURSUANT TO HONORABLE BAER, JR'S ORDER DATED: 2/4/08 (ENCLOSED), WE ARE RESPECTFULLY REQUESTING YOUR OFFICE TO NOTIFY THE U.S. MARSHAL'S OFFICE TO SERVE THE REMAINING DEFENDANTS IN THIS MATTER, AT THE FOLLOWING ADDRESSES:

MERCEDES SANTANA
AGUILA, INC.
661 cauldwell Ave.
BRONX, NEW YORK 10455;

SANDRA DOCKERY
VOLUNTEERS OF AMERICA-
GREATER NEW YORK
340 WEST 85th STREET
NEW YORK, N.Y. 10024;

ROBERT MENDEZ
ALADDIN HOTEL
317 WEST 45th STREET
NEW YORK, N.Y. 10036;

WITH THE SUMMONS AND THE AMENDED COMPLAINT DATED AUGUST 24, 2007.

WE THANK YOU IN ADVANCE FOR YOUR TIME, AND HIGHLY APPRECIATE YOUR EFFORTS CONCERNING THIS MATTER.

CC: CHEVON A. BROOKS
    ASSISTANT CORP. COUNSEL
    LAW DEPARTMENT
    100 CHURCH STREET.
    NEW YORK, NEW YORK 10007
    (BY MAIL)

SINCERELY YOURS,

LARRY MC NAIR
LISA STEVENS, PLAINTIFFS,
PRO SE.

*[Handwritten note: The Pro Se office is to make efforts to have the remaining unserved served by the U.S. Marshal. So Ordered. Harold Baer, Jr., U.S.D.J. 2/26/08]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08