UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LISA STEVENS and LARRY MCNAIR, :
:  07 Civ. 6998 (HB)
            **Plaintiffs,** :
:  **ORDER**
    -against- :
:
ROBERT HESS, Commissioner of :
Department of Homeless Services; :
HENRY KENNEDY, DHS analyst; :
JANE DOE, Case Manager DHS Lex :
House; SANDRA DOCKERY, DHS :
Case Manager Apple Hotel; MERCEDES :
SANTANA, DHS Case Manager Aladdin :
Hotel; ROBERT MENDEZ, DHS :
Building Manager Aladdin Hotel, :
:
            **Defendants.** :
------------------------------------------------------------x

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS, this Court issued an Order on February 26, 2008 directing the Pro Se Office to make efforts to have the remaining unserved Defendants served by the U.S. Marshal; and

    WHEREAS, the Pro Se Office has informed this Court that an Order directing the Pro Se Office to issue an Amended Summons is necessary to have the remaining unserved Defendants served by the U.S. Marshal; and

    WHEREAS, the addresses for service for the remaining unserved Defendants, *i.e.*, Mercedes Santana, Sandra Dockery and Robert Mendez, are now available and are listed below; it is hereby

    ORDERED that the Pro Se Office shall issue an Amended Summons and have Defendants Mercedes Santana, Sandra Dockery and Robert Mendez served by the U.S. Marshal at the following addresses: Mercedes Santana, Aguila, Inc., 661 Cauldwell Ave., Bronx, New York 10455; Sandra Dockery, 47 North 9th Ave., Mount Vernon, NY 10500; Robert Mendez, Aladdin Hotel, 317 West 45th St., New York, NY 10036.

**SO ORDERED.**

March 17, 2008
New York, New York

                                                  U.S.D.J.

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/17/08]