```
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LISA STEVENS and LARRY MCNAIR,           :
                                          :
                        Plaintiffs,       :    07 Civ. 6998 (HB)
                                          :
                                          :    **ORDER**
       -against-                          :
                                          :
ROBERT HESS, Commissioner of Department   :
of Homeless Services; HENRY KENNEDY, DHS  :
analyst; JANE DOE, Case Manager DHS Lex   :
House; SANDRA DOCKERY, DHS Case           :
Manager Apple Hotel; MERCEDES SANTANA,    :
DHS Case Manager Aladdin Hotel; ROBERT    :
MENDEZ, DHS Building Manager Aladdin      :
Hotel,                                    :
                                          :
                        Defendants.       :
------------------------------------------------------------x

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS this Court issued an Order on February 26, 2008 directing the Pro Se Office to make efforts to have the remaining unserved Defendants served by the U.S. Marshal; and

WHEREAS this Court issued an Order on March 14, 2008 directing the Pro Se Office to issue an Amended Summons and have the remaining unserved Defendants served by the U.S. Marshal; and

WHEREAS the Pro Se Office has informed this Court that the Amended Complaint must be filed with the Court before the remaining Defendants may be served; and

WHEREAS this Court acknowledges that it has received only a copy of the handwritten Amended Complaint, dated August 24, 2007; it is hereby

ORDERED that the Pro Se Office is authorized to file the copy of the Amended Complaint with the Clerk of the Court and that the filing date shall be as of August 24, 2007; and it is further

ORDERED that the Pro Se Office shall issue an Amended Summons to accompany the Amended Complaint and have Defendants Mercedes Santana, Sandra Dockery and Robert Mendez served by the U.S. Marshal at the addresses listed on this Court's March 14, 2008 Order.

SO ORDERED.

April 2, 2008
New York, New York

_____
U.S.D.J.