UNITED STATE OF DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| LISA STEVENS; LARRY McNAIR, | Index No.: 07 CIV. 6998 (HB) |
| Plaintiffs, | NOTICE OF APPEARANCE |
| -against- | |
| ROBERT HESS; COMM D.H.S.; HENRY KENNEDY; D.H.S. ANALYST JANE DOE; CASE MANAGER D.H.S.; LEX HOUSE; SANDRA DOCKERY; D.H.S. CASE MANAGER; APPLE HOTEL; M. SANTANA; D.H.S. CASE MANAGER ALADDIN HOTEL; ROBERT D.H.S. BLDG MANAGER ALADDIN HOTEL; | |
| Defendants. | |

-------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the law firm of **GOLDBERG SEGALLA LLP** hereby appears in the above entitled action on behalf of the defendant, MERCEDES SANTANA.

Dated: White Plains, New York
       June 2, 2008

                                          Yours, Etc.,

                                          GOLDBERG SEGALLA LLP

                                   By: _____
                                              Jennaydra D. Clunis (JC 1908)
                                              *Attorney for Defendant*
                                              **MERCEDES SANTANA**
                                              170 Hamilton Avenue, Suite 203
                                              White Plains, New York 10601
                                              Tel: (914) 798-5400
                                              Fax: (914) 798-5475
                                              JClunis@goldbergsegalla.com

TO:  Lisa Stevens
     Larry McNair
     *Plaintiffs Pro Se*
     317 West 45th Street # 610
     New York, New York 10036

     Chevon Brooks
     New York City Law Department
     *Attorney for Robert Hess D.H.S. Commissioner*
     *Henry Kennedy D.H.S. Analyst*
     100 Church Street
     New York, New York 10007

112673.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I served a copy of the **NOTICE OF APPEARANCE** upon:

>Lisa Stevens
>Larry McNair
>*Plaintiffs Pro Se*
>317 West 45th Street # 610
>New York, New York 10036
>
>Chevon Brooks
>New York City Law Department
>*Attorney for Robert Hess D.H.S. Commissioner*
>*Henry Kennedy D.H.S. Analyst*
>100 Church Street
>New York, New York 10007

at the address designated by said attorney and plaintiffs pro se for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York

Dated: White Plains, New York
June 2, 2008

Respectfully submitted,

By: _[signature]_
JENNAYDRA D. CLUNIS (JC-1908)
GOLDBERG SEGALLA LLP
**Attorneys for Defendant**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400
GS File No:   13900.0413

112673