DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

ALADDIN HOTEL
317 WEST 45TH ST, #516
NEW YORK, N.Y. 10036

HONORABLE HAROLD BAER, JR.
U.S. DISTRICT JUDGE
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST- U.S. COURTHOUSE
JUDGE'S CHAMBERS ROOM 2230
NEW YORK, N.Y. 10007

JULY 31, 2008

RE: STEVENS, MCNAIR, v. HESS, et al; 07 CIV. 6998 (HB)
CHANGE OF ADDRESS / EXTENSION OF TIME - MOTION RESPONSE

YOUR HONOR:

I AM THE PLAINTIFFS LARRY MCNAIR, LISA STEVENS, IN REFERENCE TO THE ABOVE-CAPTIONED MATTERS. I WAS RELEASED ON BAIL FROM THE DEPARTMENT OF CORRECTIONS ON MAY 21, 2008, AND INFORMED MR. CHEVON BROOKS OF SUCH VIA TELEPHONE SOON THEREAFTER. HE INFORMED ME THAT HE HAD MS. LISA STEVENS MAILING ADDRESS.

UPON OUR VISIT TO THE PRO SE OFFICE ON JULY 17, 2008 TO CHANGE OUR ADDRESS DUE TO HOMELESS-NESS WE LEARNED FROM THE CLERK'S THAT MR. CHEVON BROOKS HAD SUBMITTED A MOTION, WE NEVER RECEIVED. WE WERE FINALLY PLACED BACK TO OUR FORMER RESIDENCE (ALADDIN HOTEL) ON JULY 25, 2008. DUE TO THESE MITIGATING CIRCUMSTANCES

AND LACK OF EFFORTS, PROPER SERVICE OF SAID MOTION BY CHEVON A. BROOKS, ASSISTANT CORPORATION COUNSEL FOR DEFENDANTS, UPON PLAINTIFFS. WE RESPECTFULLY REQUEST A 60 DAY EXTENSION FROM THIS DATE TO RESPOND TO SAID MOTION. AND ASK YOUR HONOR TO DIRECT MR. CHEVON A. BROOKS, TO FORWARD PLAINTIFFS A COPY OF THE SUBMITTED MOTION PROMPTLY.

WE APOLOGIZE TO YOUR HONOR, AND THE COURT FOR THE UNINTENTIONAL DELAY IN SEEKING SHELTER, AND A MAILING ADDRESS, AND PRAY THAT YOUR HONOR GRANTS THIS REQUEST.

WE THANK YOUR HONOR IN ADVANCE FOR YOUR TIME, AND HIGHLY APPRECIATE YOUR EFFORTS IN THIS MATTER.

8/13/08

[Judge's handwritten note:] 08/10/08 I'll grant what you request but it will be your last — require you to understand that what the circumstances are — complete it I need one day other than providing this letter from immediately pendulum Respectfully, [signature] SO ORDERED Harold Baer USDJ

RESPECTFULLY YOURS
[signatures] Larry McNair / Dwl Stevens
PLAINTIFFS, PRO SE

CC:
MR. CHEVON. A. BROOKS
ASSISTANT CORPORATION COUNSEL
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK N.Y. 10007

Endorsement: I'll grant your application to October 10, 2008, but it will require you to understand that while the circumstances are compelling, this litigation must have to come to an end.  If there are any other outstanding problems, let me know immediately.